UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

-vs-                                                                                        Case No.  5:06-cr-4-Oc-10GRJ

WILLIAM C. MILLER
_____/

**O R D E R**

On July 6, 2006, the United States Magistrate Judge issued a Report (Doc. 60) recommending that the Defendant's Motions to Suppress Evidence (Docs. 22, 23, 24) be denied.  The Defendant has filed objections (Doc. 63) to the report, however, the Government has not filed any responses to the objections, and the time for responding has elapsed.

Upon an independent, *de novo* examination of the file and upon due consideration, it is adjudged that:

(1)    The Defendant's objections (Doc. 63) are OVERRULED.  The Defendant has not raised any new issues or law or fact that the Magistrate Judge failed to consider, nor has the Defendant pointed to any errors by the Magistrate Judge.  Rather, the Court finds that the Magistrate Judge conducted a thorough and detailed examination of all of the evidence, and that his analysis of applicable law is correct.  In particular, the Court disagrees that any coercive statements were made, and agrees with the Magistrate Judge

that the Defendant voluntarily consented to the search and to the removal of his computer, and that there are no issues of staleness.

    (2)    The United States Magistrate Judge's Report and Recommendations (Doc. 60) is adopted, confirmed and made a part hereof; and

    (3)    The Defendant's Motions to Suppress (Docs. 22, 23, 24) are DENIED.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 28th day of August, 2006.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:    United States Attorney
               United States Marshal
               United States Probation Office
               U.S. Pretrial Services Office
               Counsel of Record
               Maurya McSheehy, Courtroom Deputy
               William C. Miller